UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MARISCAL, | )<br>) |
| Petitioner, | )     2:11-cv-01846-KJD-CWH |
| vs. | )<br>)     **ORDER** |
| DWIGHT NEVEN, *et al.*, | )<br>) |
| Respondents. | ) |

     This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Petitioner has filed an application to proceed *in forma pauperis* (ECF No. 1), but it is incomplete. The financial certificate submitted by petitioner is not signed by an authorized prison officer. The application also lacks a printout of petitioner's prison account statement for the preceding six months, as required by 28 U.S.C. § 1915. The application will be denied, without prejudice.

     Petitioner will be granted time to do one of the following: (1) pay the $5 filing fee, or (2) file a fully completed application to proceed *in forma pauperis*. The Clerk will be ordered to provide petitioner with the correct form for an application to proceed *in forma pauperis*.

     **IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**, without prejudice to his filing a new, fully completed application.

1  **IT IS FURTHER ORDERED** that petitioner shall, within **thirty (30) days** from the date of
2  entry of this order, do one of the following: (1) pay the $5 filing fee, or (2) file a fully completed
3  application to proceed *in forma pauperis,* on the correct form, including a financial certificate signed
4  by an authorized prison officer and a printout of petitioner's prison account statement for the
5  preceding six months.

6  **IT IS FURTHER ORDERED** that if petitioner does not timely comply with this order,
7  dismissal of this action may result.

8  **IT IS FURTHER ORDERED** that the Clerk shall **SEND** petitioner the approved form for
9  an application to proceed *in forma pauperis* and instructions for the same.

10  **IT IS FURTHER ORDERED** that the Clerk shall retain the habeas petition (received
11  November 15, 2011), but shall not file it at this time.

12  DATED: November 18, 2011

14  UNITED STATES DISTRICT JUDGE

2