1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8
9

| | | |
|---|---|---|
| 10 | DAVID MARISCAL,  ) | |
| 11 | )<br>Petitioner,  ) | 2:11-cv-01846-KJD-CWH |
| 12 | )<br>vs.  ) | **ORDER** |
| 13 | )<br>DWIGHT NEVEN, *et al.*,  ) | |
| 14 | )<br>Respondents.  ) | |

_____/

15

16        This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254,

17   by a Nevada state prisoner.

18        The petition in the instant action challenges petitioner's state conviction in case number

19   CR-94-0080.  Petitioner previously challenged this same conviction in this Court, filed under case

20   number 3:07-cv-00296-LRH-VPC.  By order filed May 12, 2010, the Court denied the petition on

21   the merits in case number 3:07-cv-00296-LRH-VPC.  (ECF No. 50).  Judgment was entered that

22   same date.  (ECF No. 51).

23        "Before a second or successive application permitted by this section is filed in the district

24   court, the applicant shall move in the appropriate court of appeals for an order authorizing the district

25   court to consider the application."  28 U.S.C. § 2244(3)(A).  The instant petition is a successive

26   petition, which requires petitioner to seek and obtain leave of the Ninth Circuit Court of Appeal to

1  pursue.  *See* 28 U.S.C. § 2244(b)(3) *et seq.*  The petitioner has not presented this Court with proof

2  that he has obtained leave to file a successive petition from the Court of Appeals.  Therefore, the

3  petition will be dismissed.

4        In order to proceed with any appeal, petitioner must receive a certificate of appealability.  28

5  U.S.C. § 2253(c)(1); Fed. R. App. P. 22; 9th Cir. R. 22-1;  *Allen v. Ornoski,* 435 F.3d 946, 950-951

6  (9th Cir. 2006); s*ee also United States v. Mikels*, 236 F.3d 550, 551-52 (9th Cir. 2001).  Generally, a

7  petitioner must make "a substantial showing of the denial of a constitutional right" to warrant a

8  certificate of appealability. *Id.;* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84

9  (2000).  "The petitioner must demonstrate that reasonable jurists would find the district court's

10  assessment of the constitutional claims debatable or wrong." *Id.* (*quoting Slack*, 529 U.S. at 484).  In

11  order to meet this threshold inquiry, the petitioner has the burden of demonstrating that the issues are

12  debatable among jurists of reason; that a court could resolve the issues differently; or that the

13  questions are adequate to deserve encouragement to proceed further.  *Id.*

14        Pursuant to the December 1, 2009 amendment to Rule 11 of the Rules Governing Section

15  2254 and 2255 Cases, district courts are required to rule on the certificate of appealability in the

16  order disposing of a proceeding adversely to the petitioner or movant, rather than waiting for a notice

17  of appeal and request for certificate of appealability to be filed.  Rule 11(a).  This Court has

18  considered the issues raised by petitioner, with respect to whether they satisfy the standard for

19  issuance of a certificate of appealability, and determines that none meet that standard.  The Court

20  will therefore deny petitioner a certificate of appealability.

21        **IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice as a

22  successive petition.

23        **IT IS FURTHER ORDERED** that all pending motions in this action are **DENIED.**

24        **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

25

26
                                          2

1      **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF**

2      **APPEALABILITY.**

3          DATED:  November 23, 2011

4

5
                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26